**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 4-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ESHONE WILLIAMS,

                Defendant.

No. 18-CR-719 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the ongoing COVID-19 pandemic, the conference currently scheduled for April 17, 2020 is adjourned to June 12, 2020 at 11:30 a.m.

SO ORDERED.

Dated:    April 13, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge