USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ESHONE WILLIAMS,

Defendant.

No. 18-CR-719

ORDER

RONNIE ABRAMS, United States District Judge:

The VOSR is scheduled for June 12, 2020 at 2:00 p.m. The parties shall use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated:   June 8, 2020
         New York, New York

Ronnie Abrams
United States District Judge